IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LISA MATTHEWS,                    )
                                  )
    Plaintiff,                    )
                                  )
                                  )  CIVIL ACTION NO.
    v.                            )    2:04cv610-T
                                  )        (WO)
CUMULUS BROADCASTING, INC.,       )
and DONALD PARDEN,                )
                                  )
    Defendants.                   )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 64), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of September, 2005.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE